IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DANNY RAY BENNETT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MACON STATE PRISON,** *et al.*,<br><br>*Defendants.* | **CIVIL ACTION NO.**<br>**5:24-cv-00414-TES-ACH** |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S RECOMMENDATION

No party objected to the United States Magistrate Judge's Recommendation [Doc. 6] regarding Plaintiff Danny Ray Bennett's Motion for Partial Summary Judgment [Doc. 2]. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 6(a)(1) & (d). Having reviewed the Recommendation for clear error, the Court **ADOPTS** it [Doc. 6] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, because the Motion is premature, the Court **DENIES** Plaintiff's Motion for Partial Summary Judgment [Doc. 2] **without prejudice to his right to refile it at the appropriate time**.

**SO ORDERED**, this 10th day of January, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**